**Kandice Raychenne BALL, Appellant,**

v.

**State of ARKANSAS; Mike Huckabee, Individually and in his Official Capacity as Governor of the State of Arkansas; Winston Bryant, Individually and**

---

in his Official Capacity as Attorney General for the State of Arkansas; Greene County Technical School District; Jim Braden, PhD, Individually and in his Official Capacity as Superintendent of the GCT Schools; Rita Adams, Individually and in her Official Capacity as Interim Superintendent for the GCT Schools for the 1994–1996 School Terms; Danny Breckenridge, Individually and in his Official Capacity as Member of the Board of Education for the Greene County Technical Schools; Dennis Ellington, Individually and in his Official Capacity as Member of the Board of Education for the GCT Schools; Randy Scott, Individually and in his Official Capacity as Member of the Board of Education for the GCT Schools; Jannie Distretti, Individually and in her Official Capacity as Member of the Board of Education for the GCT Schools; Anita Wells, Individually and in her Official Capacity as Member of the Board of Education for the GCT School; Darrel Birmingham, Individually and in his Official Capacity as Member of the Board of Education for the GCT Schools; Donnie Russell, Individually and in his Official Capacity as Member of the Board of Education for the GCT Schools; Dick Hefner, Individually and in his Official Capacity as Principal of GCT High School; Tammy Birmingham, Individually and in her Official Capacity as Special Education Coordinator for the GCT Schools; Jamie Gibson, Individually and in her Official Capacity as Special Education Coordinator for the GCT Schools; Philip Eaker, Individually and in his Official Capacity as Resource Instructor at GCT High School; Albert Camp, Individually and in his official capacity as Alternative Learning Environment Instructor at GCT High School; Kendall Walden, Individually and in his Official Capacity as Algebra Instructor of the GCT School District; Arkansas Department of Education; Gene Wilhoit, Individually and in his Official Capacity as Director of the General Education Division of the Arkansas Department of Education; Barbara Johnson, Individually and in her Official Capacity as Special Education Coordinator for the Arkansas Department of Education; Yvette Dillingham, Individually and in her Official Capacity as Program Support Manager for the Home Schools Division of the Arkansas Department of Education; Oliver Dillingham, Individually and in his Official Capacity as Chairperson of the Special Education Evaluation Committee with the Equity Assistance Center, Arkansas Department of Education; Arkansas Department of Human Services; Tom Dalton, Individually and in his official capacity as Director of the Department of Human Services for the State of Arkansas; Greene County Human Services; H.C. Lemmons, Individually and in his Official Capacity as Administrator for the Department of Human Services, Greene County Division; Dwight Akins, Individually and in his Official Capacity as a Family Support Specialist for the Greene County Department of Human Services; Pat Williams, Individually and in her Official Capacity as a Family Support Specialist for Greene County Human Services; Pauline Perrin, Individually and in her Official Capacity as a Family Support Specialist for Greene County Human Services; Margaret Weaver, Individually and in her Official Capacity as a Family Support Specialist for Greene County Human

Services; United States of America; William J. Clinton, Individually and in his official capacity as President of the United States of America; Department of Justice; Janet Reno, Individually and in her Official Capacity as Attorney General of the United States of America; Paula Casey, Individually and in her official as U.S. Attorney for the Eastern District of Arkansas; Department of Education; Richard Riley, Individually and in his official capacity as Secretary of Education for the United States of America; Department of Education, Office for Civil Rights, Region VI; Taylor August, Individually and in his official capacity as Regional Director for the Department of Education, Office for Civil Rights, Region VI; Page Baird, Individually and in her Official Capacity as Equal Opportunity Specialist for the U.S. Department of Education, Office for Civil Rights, Region VI; David Berthiaume, Individually and in his Official Capacity as Attorney for the Office of General Counsel of the Secretary of Education; William H. Haubert, II, Individually and in his Official Capacity as Assistant General Counsel for the Division of Business and Administrative Law with the U.S. Department of Education; Raymond Simon, Individually and in his official capacity as Director of the General Education Division of the Arkansas Department of Education; Lee Frazier, Individually and in his Official Capacity as Director of the Department of Human Services for the State of Arkansas; Stan Rogers, Individually and in his Official Capacity as County Supervisor for the Division of Child and Family Services with the Greene County Department of Human Services; Kathy Ray, (originally sued as Cathy Ray) Individually and in her official capacity as a Family Service Worker for the Greene County Department of Human Services, Appellees.

No. 00–3350.

United States Court of Appeals, Eighth Circuit.

Submitted March 7, 2001.

Decided March 13, 2001.

Before WOLLMAN, Chief Judge, FAGG and BEAM, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Kandice Ball appeals the district court's[1] dismissal of an Individuals with Disabilities Education Act suit she brought against the Arkansas Department of Education and the Greene County Technical School District. Although Ball has not filed a brief in this case, we have reviewed the record and conclude that Ball's complaint is without merit.

The judgment is affirmed. *See* 8th Cir. R. 47A(a). We deny Ball's pending motions.

1. The Honorable Henry Woods, United States District Judge for the Eastern District of Arkansas.